Raymond D. McElfish, Esq. (SBN 224390)
rmcelfish@mcelfishlaw.com
Tara Heckard-Bryant, Esq. (SBN 212534)
theckardbryant@mcelfishlaw.com
**MCELFISH LAW FIRM**
1112 N. Sherbourne Drive
West Hollywood, CA  90069
Telephone: (310) 659-4900
Facsimile: (310) 659-4926
LA06-562

Attorneys for Plaintiffs MANSOUR OVRAHIM, et al.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MANSOUR OVRAHIM as successor in interest to the ESTATE OF VERONA OVRAHIM; MANSOUR OVRAHIM as an Individual; SHARONA OVRAHIM an Individual; EILROMA OVRAHIM an Individual; OSHANNA OVRAHIM an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, an unknown entity type; UNION PACIFIC CORPORATION, an unknown entity type, DOE CONDUCTOR; DOE ENGINEER, and DOES 1-100 inclusive, <br><br> Defendants. | Case No. 1:20-V-V-01042-NONE-BAM <br><br> **Stanislaus County Superior Court Case No. CV-19-004993** <br><br> **JOINT STIPULATION TO REMAND; ORDER THEREON** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs MANSOUR OVRAHIM as successor in interest to the ESTATE OF VERONA OVRAHIM, and as an individual, SHARONA OVRAHIM, EILROMA OVRAHIM and OSHANNA OVRAHIM (collectively "Plaintiffs") and Defendant UNION PACIFIC RAILROAD COMPANY stipulate to remand this action to Stanislaus County Court as indicated below:

## RECITALS

WHEREAS, this action was initially filed in Stanislaus County Superior Court under Case No. CV19004993;

WHEREAS, DEFENDANTS removed this action to Eastern District Court on July 28, 2020, by filing a Notice of Removal in the instant Court, as well as the Stanislaus County Superior Court;

WHEREAS Plaintiffs filed a Motion for Remand on August 7, 2020, alleging that this Court lacks subject matter jurisdiction, due to lack of diversity;

WHEREAS, the PARTIES have discussed the case and determined that this action should be remanded to Stanislaus County Court;

## STIPULATION

Accordingly, the PARTIES hereby STIPULATE that this action be remanded to the Stanislaus County Superior Court, Case No. CV19004993. This Stipulation is without prejudice to the rights, claims defenses, and arguments of all parties. Each party shall bear their own attorney's fees and costs associated with the removal and remand.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: August 18, 2020                                          **MCELFISH LAW FIRM**

                                                                By: ___/s/ Raymond D. McElfish, Esq._____
                                                                Raymond D. McElfish, Esq.
                                                                Tara Heckard-Bryant., Esq.
                                                                Attorneys for Plaintiffs MANSOUR OVRAHIM as successor in interest to the ESTATE OF VERONA OVRAHIM, and as an individual, SHARONA OVRAHIM, et EILROMA OVRAHIM and OSHANNA OVRAHIM

Dated: August 11, 2020                                          **FLESHER SCHAFF & SCHROEDER, INC.**

                                                                By: ___/s/_Jason Schaff_____
                                                                Jason Schaff
                                                                Attorneys for Defendant
                                                                UNION PACIFIC RAILROAD COMPANY

## ORDER OF REMAND

Pursuant to the stipulation of the PARTIES, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, REMANDED to Stanislaus County State Court, Case No. CV19004993 with each party bearing their own attorney's fees and costs regarding the removal and remand.

IT IS SO ORDERED.

Dated: **August 19, 2020**                        _____
                                                                UNITED STATES DISTRICT JUDGE